FILED
July 26, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002803966

Alan S. Wolf, Bar No. 94665
Daniel K. Fujimoto, Bar No. 158575
THE WOLF FIRM, A Law Corporation
2955 Main Street, Second Floor
Irvine, CA 92614
Tel (949) 720-9200
Fax (949) 608-0128

Attorneys for Movant
Wells Fargo Bank, National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust 2006-FF15 Mortgage Pass-Through Certificates, Series 2006-FF15

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>SHANE DANIEL FANTONI fdba CALIFORNIA EXCAVATING fdba FANTONI TRUCKING dba FANTONI EXCAVATING and GRADING and LISA DEEANN PROCK FANTONI fka LISA DEEANN PROCK<br><br>Debtors. | CASE: 10-31073-B-13<br><br>CHAPTER 13<br><br>REF.: ASW-2<br><br>MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND DECLARATION OF JO-ANN L. GOLDMAN IN SUPPORT THEREON<br><br>DATE: 08/24/10<br>TIME: 9:31am<br>CTRM: 32<br>U.S. Bankruptcy Court<br>501 I Street<br>Sacramento, CA 95814 |

The Motion of Wells Fargo Bank, National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust 2006-FF15 Mortgage Pass-Through Certificates, Series 2006-FF15 respectfully shows as follows:

    1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. Sections 157 and 1334.

    2. This Motion is brought pursuant to Local Rule 9014-1 (f)(1)(ii) written opposition, if any, to the granting of

Matter I.D. 6401-5962

the Motion shall be in writing and shall be served on the moving party and filed with the Clerk by the responding party at least fourteen (14) days preceding the noticed date of the hearing.  Unless written opposition and supporting evidence are timely filed with the Court, without good cause, no party will be heard in opposition to the Motion at oral argument. Failure of the responding party to timely file written opposition may be deemed a waiver of any opposition to the granting of the Motion.

Opposition to the Motion shall be served on counsel for Movant as follows:

THE WOLF FIRM
2955 Main Street, Second Floor
Irvine, CA  92614

3.  On April 28, 2010, a petition under Chapter 13 of the Bankruptcy Code was filed by the Debtors.

4.  The Plan has not yet been confirmed.

5.  Jan P. Johnson is the Chapter 13 Trustee for this case.

6.  Movant is, and at all times herein mentioned was a corporation organized and existing under the laws of the United States.

7.   Movant is the current beneficiary under a Deed of Trust which is security for a Promissory Note in the principal sum of $307,000, with the Note all due and payable on September 1, 2036.  The Deed of Trust encumbers real property commonly known as:
   3780 Calderwood Road, Shingle Springs, CA 95682
                    ("Property")

Matter I.D. 6401-5962

and legally described as set forth in the Deed of Trust, which is attached to the Declaration of JO-ANN L. GOLDMAN.

8. The beneficial interest under the Deed of Trust is currently held by Movant. See Declaration of JO-ANN L. GOLDMAN.

9. There was a default under the terms of the Note and Deed of Trust and on November 20, 2009, Movant caused to be recorded a Notice of Default and Election to Sell.

10. On February 22, 2010, Movant caused to be recorded a Notice of Sale.

11. The Property is Debtors' principal residence.

12. At the time of the filing of this case, the pre-petition arrearages under the Note and Deed of Trust were approximately $33,241.17.

13. Since the time of the filing of the instant case, and as of July 8, 2010, the Debtors have failed to tender 3 of the post-petition payments which have fallen due. In fact, under the terms of the Chapter 13 Plan the Debtors have failed to tender the May 1, 2010 through July 1, 2010 post-petition payments. Further monthly payments in the amount of $1981.00 will continue to accrue.

14. Pursuant to Local Rule 4001-1(d)(ii), July 20,2010, The Wolf Firm notified, Scott A. CoBen, attorney for Debtor(s), of the post-petition delinquency incurred by the Debtor. True and correct copies of the Facsimile transmission and the confirmation sheet are attached hereto as Exhibit "1" and incorporated herein by reference.

Matter I.D. 6401-5962

15.  The total amount due under the Note and Deed of Trust as of July 8, 2010, exclusive of post-petition attorneys fees and costs, was approximately $334,636.55.

16.  The Property is also encumbered by additional liens and arrearages which, when added to Movant's lien and arrearages, total approximately $335,482.55.

17.  The fair market value of the Property is approximately $160,000.00.

18.  The Debtors have no reasonable prospect for reorganization and the Property is not necessary for an effective reorganization.

19.  Movant does not have, and has not been offered, adequate protection for its interest in the Property and the passage of time will result in irreparable injury to Movant's interest in the Property including, but not limited to, loss of interest and opportunity.

20.  For all the reasons set forth herein, there is cause for relief from stay including, but not limited to, lack of adequate protection and the Debtors' failure to make the required Deed of Trust payments.

WHEREFORE, Movant prays for the judgment against Respondents as follows:

(1) That the automatic stay be terminated so that Movant may exercise or cause to be exercised any and all rights under the Deed of Trust and underlying Note and any and all rights after the foreclosure sale, including, but not limited to, the right to consummate foreclosure

Matter I.D. 6401-5962

1  proceedings on the property and the right to proceed in
2  unlawful detainer;
3      (2)  For reasonable attorneys' fees as a secured claim
4  under 11 U.S.C. Section 506(b);
5      (3)  For the waiver of the 14 day stay pursuant to
6  Bankruptcy Rule 4001(a)(3).
7      (4)  For such other and further relief as the Court
8  deems just and proper.
9  Dated:  July 26, 2010

                            /s/ Alan Steven Wolf
                            ALAN STEVEN WOLF
                            Attorneys for Movant
                            Wells Fargo Bank, National
                            Association, as trustee for the
                            holders of the First Franklin
                            Mortgage Loan Trust 2006-FF15
                            Mortgage Pass-Through Certificates,
                            Series 2006-FF15

Matter I.D. 6401-5962