FILED
September 10, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D67

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Shane Daniel Fantoni and Lisa DeeAnn Prock Fantoni | **Case No :** | 10-31073 - B - 13J |
| | | **Date :** | 9-7-10 |
| | | **Time :** | 09:31 |
| **Matter :** | [43] - Motion/Application for Relief from Stay [ASW-2] Filed by Creditor Wells Fargo Bank, National Association (Fee Paid $150) (jris) | | |
| **Judge :** | Thomas Holman | | |
| **Courtroom Deputy :** | Sheryl Arnold | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | B | | |

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**

## CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are appended to the civil minutes and good cause appearing.

IT IS ORDERED that the motion is granted in part. The automatic stay is modified as against the estate and the debtors pursuant to 11 U.S.C. § 362(d)(1) in order to permit the movant to foreclose on the real property located at 3780 Calderwood Road, Shingle Springs, California ("Property") and to obtain possession of the Property following the sale, all in accordance with applicable non-bankruptcy law. The court awards no fees or costs. The 14-day stay of Fed. R. Bankr. P. 4001(a)(3) is not waived. Except as so ordered, the motion is denied.

Dated: September 10, 2010

Thomas C. Holman
United States Bankruptcy Judge